# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KURTIS DANIEL STOVER,** | : | CIVIL ACTION NO. 1:17-CV-1723 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **DOUGLAS HOCKENBERRY, SAMUEL E. MILLER, JR., JOSEPH CAPERS and SAMANTHA MILLER,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 16th day of October, 2017, upon consideration of plaintiff's emergency motion (Doc. 6) for a preliminary injunction, and upon further consideration of the complaint filed in this matter, it is hereby ORDERED that plaintiff's motion (Doc. 6) is DENIED.

       /S/ CHRISTOPHER C. CONNER
       Christopher C. Conner, Chief Judge
       United States District Court
       Middle District of Pennsylvania